AO 450 Judgment in a Civil Case

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Edwin Arthur Ehlers, II

    Plaintiff,

    V.                             **JUDGMENT IN A CIVIL CASE**

United States of America

    Defendant.               CASE NUMBER:    11CV0882-BTM-POR

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this Court Dismisses Mr. Ehlers § 2255 motion, without prejudice to the filing of a § 2241 petition in the District of Kansas.

| October 6, 2011 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/ E Silvas
(By) Deputy Clerk

ENTERED ON October 6, 2011

11CV0882-BTM-POR